IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CRIMINAL NO: 22MJ1427 KRS

FLAVIO CESAR GARIBALDI-MARTINEZ,

    Defendant.

## ORDER TO WITHDRAW NOTICE OF APPEAL

    This matter is before the Court on Defendant's Motion to Withdraw Notice of Appeal. The Court having reviewed Defendant's motion, and further, the Court thus being fully advised in the premises finds that Defendant's motion is well-taken and should be **GRANTED**.

    **SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE